UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

ELIANA BRIGATTA BLOCH,

                Plaintiff,                21-cv-08727(ER)(BCM)

    -v-                                  **JUDGMENT**

KILOLO KIJAZAKI, DR.
COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated May 4, 2022, that this action be, and hereby is, reversed and remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings. Upon remand, the Appeals Council will assign Plaintiff's case to a different ALJ, who will be directed to offer Plaintiff the opportunity for a new hearing and issue a new decision. The Clerk is directed to enter judgment. *See Shalala v. Schaefer*, 509 U.S. 292 (1993).

**Dated:**  New York, New York
          May 5, 2022

                                                    **RUBY J. KRAJICK**

                                                    **Clerk of Court**

                        **BY:**

                                                    **Deputy Clerk**